UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN ROBERT DEMOS, JR.,

Plaintiff,

v.

FEDERAL PREA REPORTING OFFICE,

Defendant.

CASE NO. 2:21-cv-01221-RAJ-JRC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the report and recommendation of Magistrate Judge J. Richard Creatura, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the report and recommendation.

(2) Plaintiff's motion for a qui tam action (interpreted as a complaint) (Dkt. 1) and this action are DISMISSED without prejudice.

(3) The Clerk is directed to send a copy of this Order to Judge Creatura.

**DATED** this 28th day of October, 2021.

The Honorable Richard A. Jones
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1